UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


KERRY D. PARROTT                                CIVIL ACTION

VERSUS                                          NO: 13-5207

ST. TAMMANY PARISH JAIL                         SECTION: R
MEDICAL DEPARTMENT ET AL.

### ORDER

Plaintiff Kerry Parrott has filed a civil lawsuit under 18 U.S.C. § 1983 against the St. Tammany Parish Jail Medical Department and Dr. French, contending that defendants violated his constitutional rights by refusing to provide him with prescription eyeglasses.[1] The Magistrate Judge has recommended that Parrott's federal civil rights claims be dismissed with prejudice as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).[2] No objection to the R&R has been filed. The Court, having reviewed de novo plaintiff's complaint, the applicable law, Magistrate Judge Wilkinson's Report and Recommendation, hereby approves the R&R and adopts it as its opinion.

Accordingly, Parrott's section 1983 complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __13th__ day of February, 2014.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]  R. Doc. 1.

[2]  R. Doc. 21.